| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

**Southern District of New York**

Case number (If known): **18-12738 (MG)**   Chapter **11**

 ☑ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**           Pursuit Holdings (NY), LLC

**2. All other names debtor used in the last 8 years**    f/k/a Pursuit Holdings, LLC

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    68-0603-651

**4. Debtor's address**

Principal place of business

8 The Green, Suite A
Number    Street

Dover, Delaware 19901
City    State    ZIP Code

Kent
County

Mailing address, if different from principal place of business

Post Office Box 1328
Montauk, NY 11954
Number, Street City, State & ZIP Code

Location of principal assets, if different from principal place of business

10 Bedford Street, New York, NY 10014
Number, Street City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
❏ Partnership (excluding LLP)
❏ Other. Specify: _____

Debtor   **Pursuit Holdings (NY), LLC**                                    Case number (if known) **18-12738 (MG)**
         Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☐ No
   ■ Yes.  District **Delaware**   When **02/20/17**   Case number **17-10389 (closed April 2017)**

   District _____   When _____   Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ■ No
    ☐ Yes.  Debtor _____   Relationship _____
            District _____   When _____
                                                           MM / DD / YYYY
            Case number, if known _____

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page **2**

| | | | |
|---|---|---|---|
| Debtor | **Pursuit Holdings (NY), LLC** | Case number (if known) | **18-12738 (MG)** |
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

�committeefilled Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number    Street

_____
City                            State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 3

Debtor __**Pursuit Holdings (NY), LLC**_____    Case number (if known) **18-12738 (MG)**
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Estimated actual liabilities, excluding a recent judgment Pursuit alleges was procured by fraud.

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

✓ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

✓ I have been authorized to file this petition on behalf of the debtor.

✓ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/26/18**

X _____[signature]_____    **Michael Hayden Sanford**
Signature of authorized representative of debtor    Printed name

Title **Member**

**18. Signature of attorney**

X **/s/ Daniel A. Osborn**    Date **09/26/18**
Signature of attorney for debtor    MM / DD / YYYY

**Daniel A. Osborn**
Printed name

**Osborn Law P.C.**
Firm name

**43 West 43rd Street, Suite 131**
Number    Street

**New York**    **NY**    **10036**
City    State    ZIP Code

**(212) 725-9800**    **dosbornlawpc.com**
Contact phone    Email address

**2429611**    **New York**
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

United States Bankruptcy Court
Southern District of New York

In re  **Pursuit Holdings (NY), LLC**  
Debtor(s)

Case No. **18-12738 (MG)**  
Chapter **11**

CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Pursuit Holdings (NY), LLC f/k/a Pursuit Holdings, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**None**

September 26, 2018

Date

/s/ Daniel A. Osborn

Daniel A. Osborn
Osborn Law P.C.
43 West 43rd Street, Suite 131
Phone: (212) 725-9800
Facsimile: (212) 500-5115
dosborn@osbornlawpc.com
*Counsel for Pursuit Holdings (NY), LLC*

United States Bankruptcy Court
Southern District of New York

In re   Pursuit Holdings (NY), LLC f/k/a Pursuit Holdings, LLC                    Case No. _____
                                                                Debtor(s)          Chapter  11 _____

## LIMITED LIABILITY RESOLUTION
## GRANTING AUTHORITY TO SIGN AND FILE BANKRUPTCY PETITION

The undersigned, being the sole member (the "Sole Member") of Pursuit Holdings (NY), LLC f/k/a Pursuit Holdings, LLC, a Delaware limited liability company (the "Company"), hereby takes the following actions and adopts the following resolutions as of this 12th day of September, 2018:

WHEREAS, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Michael Hayden Sanford, Sole Member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

BE IT FURTHER RESOLVED, that Michael Hayden Sanford, Sole Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED, that Michael Hayden Sanford, Sole Member of this Company, is authorized and directed to employ the law firm OSBORN LAW P.C. to represent the Company in such bankruptcy case.

September 12, 2018                              /s/ Michael Hayden Sanford
_____                         _____
Date                                            Michael Hayden Sanford, Sole Member of
                                                Pursuit Holdings (NY), f/k/a Pursuit Holdings, LLC

Fill in this information to identify the case and this filing:

Debtor Name: **Pursuit Holdings (NY), LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (If known): **18-12738 (MG)**    (State)

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration: **amended Creditor Matrix, submitted today**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/26/18**           X _____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        **Michael Hayden Sanford**
                                        Printed name

                                        **Member**
                                        Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: **Pursuit Holdings (NY), LLC**

United States Bankruptcy Court for the: **Southern District of New York** (State)

Case number (If known): **18-12738 (MG)**

 Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cohen, Tauber Spievack & Wagner, P.C. Attention: Joseph Vann, Esq. 420 Lexington Avenue, Suite 4200 New York, NY 10170 | Joseph Vann, Esq. (212) 586-5800 jvann@ctsw.com | Legal Fees | DISPUTED | | | UNKNOWN; firm represented multiple clients and no representation for past 6 years |
| 2 | Corbally, Gartland & Rappleyea, LLP Attention: John Adams, Esq. 35 Market Street Poughkeepsie, NY 12601 | Main number: (845) 454-1110 | Legal Fees | DISPUTED | | | UNKNOWN; firm represented multiple clients and no representation for past 4-5 years |
| 3 | Dorsey & Whitney LLP Attention: Nick Akerman, Esq. 51 West 52nd Street New York, NY 10019 | Nick Akerman, Esq. (212) 415-9217 akerman.nick@dorsey.com | Legal Fees | UNLIQUIDATED | | | UNKNOWN; no representation for more than 2 years |
| 4 | Hampton Bridge Advisors Attention: Michael J. Merendino 179 Park Avenue Park Ridge, NJ 07656 | Michael Merendino (201) 803-1946 mm@hamptonbridgeadvisors.com | Fees for arranging hard money loan(s) on real estate | DISPUTED | | | UNKNOWN; no bills or services rendered for past 8 years |
| 5 | Havens & Lichtenberg, PLLC Attention: Jeremy Havens, Esq. 28 Railroad Avenue Warwick, NY 10990 | Jeremy Havens, Esq. (845) 987-8500 | Legal Fees | DISPUTED | | | UNKNOWN; no bills or representation for past 6-7yrs |
| 6 | Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101 | n/a | Taxes | CONTINGENT | | | UNKNOWN: undetermined tax liability from one transaction in 2016 |
| 7 | Kasen & Kasen Attention: Jenny R. Kasen, Esq. 1000 N. West Street, Suite 1200 Wilmington, DE 19801 | Jenny R. Kasen, Esq. (302) 652-3300 jkasen@kasenlaw.com | Legal Fees | DISPUTED | | | UNKNOWN; short engagement, no bills in past year |
| 8 | Law Offices of James A. Prestiano, P.C. Attn: James A. Prestiano, Esq. 631 Commack Road Suite 2A Commack, NY 11725 | James A. Prestiano, Esq. (631) 499-6000 james@prestianolaw.com | Legal Fees | UNLIQUIDATED AND MAY BE IN-PART DISPUTED | | | UNKNOWN; firm represented multiple clients |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | Pursuit Holdings (NY), LLC | | Case number (if known) | 18-12738 (MG) |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | MH Sanford & Co., LLC<br>Attn: Michael Hayden Sanford<br>23 Mckinley Road<br>Montauk, NY 11954 | Michael Hayden Sanford<br>(212) 767-9494<br>mhs@sanfordpartners.com | Reimbursement | UNLIQUIDATED | | | To Be Determined |
| 10 | Michael J. Merendino<br>179 Park Avenue<br>Park Ridge, NJ 07656 | Michael Merendino<br>(201) 803-1946<br>mm@hamptonbridgeadvisors.com | Fees for arranging hard money loan(s) on real estate | DISPUTED | | | UNKNOWN; no bills or services rendered for past 8 years |
| 11 | NY State Dept. of Taxation & Finance<br>Office of Counsel<br>Building 9<br>WA Harriman Campus Albany, NY 12227 | n/a | Taxes | CONTINGENT | | | UNKNOWN: undetermined tax liability from one transaction in 2016 |
| 12 | NYC Department of Taxation & Finance<br>P.O. Box 680<br>Newark, NJ 07101-0680 | n/a | Taxes | CONTINGENT | | | UNKNOWN: undetermined tax liability from one transaction in 2016 |
| 13 | Orange Clockwork Trust<br>Grant Tani Barash & Altman, Trustee<br>9100 Wilshire Blvd., Suite 1000<br>Beverly Hills, CA 90212 | Leonard Nathanson, Esq.,<br>(212) 603-6300<br>amg@robinsonbrog.com | Possible damages associated with joint marketing agreement | CONTINGENT | | | UNKNOWN; party has not claimed a breach by Pursuit |
| 14 | Raphael DeNiro<br>c/o Douglas Elliman<br>774 Broadway<br>New York, NY 10003 | Raphael DeNiro<br>(212) 460-0655 | Marketing / visualization expenses | UNLIQUIDATED AND MAY BE IN-PART DISPUTED | | | approx. $2,500 |
| 15 | Sanford Partners, LP<br>Attn: Michael Hayden Sanford<br>23 Mckinley Road<br>Montauk, NY 11954 | Michael Hayden Sanford<br>(212) 767-9494<br>mhs@sanfordpartners.com | Reimbursement | UNLIQUIDATED | | | To Be Determined |
| 16 | SP Voyager Fund, LLC<br>Attn: Michael Hayden Sanford<br>23 Mckinley Road<br>Montauk, NY 11954 | Michael Hayden Sanford<br>(212) 767-9494<br>mhs@sanfordpartners.com | Reimbursement | UNLIQUIDATED | | | To Be Determined |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

18-12738 (MG)

BONY Mellon, Paying / Collateral Agent
Seyfarth Shaw LLP, A.J. Kaplan, Esq.
620 Eighth Avenue
New York, NY 10018

Cohen, Tauber Spievack & Wagner, P.C.
Attention: Joseph Vann, Esq.
420 Lexington Avenue, Suite 4200
New York, NY 10170

Corbally, Gartland & Rappleyea, LLP
Attention: John Adams, Esq.
35 Market Street
Poughkeepsie, NY 12601

Delphi Capital Management LLC
1319 Mountain Summit Road
Travelers Rest, SC 29690

Delphi Capital Management LLC
Berry Law PLLC, Eric W. Berry, Esq.
745 Fifth Avenue, 5th Floor
New York, NY 10151

DEP/BCS
NYC Water Board Correspondence Unit
PO Box 739055
Flushing, NY 11373

Dorsey & Whitney LLP
Attention: Nick Akerman, Esq.
51 West 52nd Street
New York, NY 10019

Hampton Bridge Advisors
Attention: Michael J. Merendino
179 Park Avenue
Park Ridge, NJ 07656

Havens & Lichtenberg, PLLC
Attention: Jeremy Havens, Esq.
28 Railroad Avenue
Warwick, NY 10990

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Kasen & Kasen
Attention: Jenny R. Kasen, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Law Offices of James A. Prestiano, P.C.
Attn: James A. Prestiano, Esq.
631 Commack Road Suite 2A
Commack, NY 11725

MH Sanford & Co., LLC
Attn: Michael Hayden Sanford
23 Mckinley Road
Montauk, NY 11954

Michael Hayden Sanford
23 Mckinley Road
Montauk, NY 11954

Michael I. Knopf
1319 Mountain Summit Road
Travelers Rest, SC 29690

Michael I. Knopf
Berry Law PLLC, Eric W. Berry, Esq.
745 Fifth Avenue, 5th Floor
New York, NY 10151

Michael J. Merendino
179 Park Avenue
Park Ridge, NJ 07656

Norma Knopf
1319 Mountain Summit Road
Travelers Rest, SC 29690

Norma Knopf
Gary Greenberg, Esq.
666 Fifth Avenue
New York, NY 10167

Norma Knopf
Berry Law PLLC, Eric W. Berry, Esq.
745 Fifth Avenue, 5th Floor
New York, NY 10151

NY State Dept. of Taxation & Finance
Office of Counsel
Building 9
WA Harriman Campus Albany, NY 12227

NYC Department of Taxation & Finance
P.0. Box 680
Newark, NJ 07101-0680

NYCTL 1998-2 Trust
Seyfarth Shaw LLP, A.J. Kaplan, Esq.
620 Eighth Avenue
New York, NY 10018

Orange Clockwork Trust
Grant Tani Barash & Altman, Trustee
9100 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

Orange Clockwork Trust
Robinson Brog, Attn: Leonard Nathanson
875 Third Avenue
New York, NY 10022

Raphael DeNiro
c/o Douglas Elliman
774 Broadway
New York, NY 10003

Sanford Partners, LP
Attn: Michael Hayden Sanford
23 Mckinley Road
Montauk, NY 11954

SP Voyager Fund, LLC
Attn: Michael Hayden Sanford
23 Mckinley Road
Montauk, NY 11954

Ten Bedford Condominium, LLC
Grant Tani Barash, Attn: Howard Altman
9100 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212

Ten Bedford Condominium, LLC
Board of Managers ATTN: Robinson Brog
875 Third Avenue, 9th Floor
New York, NY 10022